# UNITED STATES DISTRICT COURT

**District of Minnesota**

Trustees of the Graphic
Communications Local 1M Health
and Welfare Fund ,

Plaintiff(s)

-vs-

Civil Action 01-765 DSD/JMM

Spectrum, Inc., a Minnesota
corporation,

Defendant(s).

## CLERK'S ENTRY OF DEFAULT

It appearing that defendant(s) Spectrum, Inc. is in default for failure to plead or otherwise defend in this action, as required by law, now, therefore, on application of plaintiff,

**DEFAULT IS HEREBY ENTERED** against

Spectrum, Inc., a Minnesota corporation

this 17 day of July , 2001 .

Richard D. Sletten, CLERK

By [signature]
Julie Rustad, Deputy Clerk

9