UNITED STATES DISTRICT COURT
FOURTH DISTRICT OF MINNESOTA

---

Trustees of the Graphic Communications International Union Upper Midwest Local 1-M Health and Welfare Fund,

Plaintiffs,

vs.

Spectrum, Inc.,

Defendant.

Court File No. 01-CV-765 DSD/JMM

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

---

IT IS HEREBY STIPULATED, by and between Plaintiff and Defendant, through their respective counsel, that Plaintiff's action against Defendant may be and is hereby dismissed with prejudice and without costs to any of the parties to this action.

Dated: 9.17., 2001

WINTHROP & WEINSTINE, P.A.

By: Hart Kuller
Hart Kuller, # 58944
30 East Seventh Street, Suite 3200
St. Paul, Minnesota 55101
Telephone: (651) 290-8424

ATTORNEYS FOR DEFENDANT

MPLS 189741-1

FILED
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

Dated: September 26, 2001

FELHABER, LARSON, FENLON & VOGT, P.A.

By: Ruth S Marcott

Ruth S. Marcott, #176825
601 Second Avenue South, Suite 4200
Minneapolis, Minnesota 55402
Telephone: (612) 373-8435

ATTORNEYS FOR PLAINTIFF

**ORDER**

Based upon the stipulation of the parties, IT IS HEREBY ORDERED that the above-captioned matter is hereby DISMISSED WITH PREJUDICE.

Dated: October 4, 2001

BY THE COURT:

~~John Mason~~
~~Magistrate~~ Judge

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500